UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>HEATHER RAY,<br><br>Defendant. | Case No. 1:18-cr-00387-BLW<br><br>**MEMORANDUM DECISION AND ORDER** |

## INTRODUCTION

Before the Court is Heather Ray's Motion for Reduction of Sentence under 18 U.S.C. 3582(c) (Compassionate Release). Dkt. 80. The Government opposes the motion. Dkt. 85. After considering the briefing and record, the Court will deny the motion.

## BACKGROUND

In 2019, Ray pled guilty to distribution of methamphetamine and was sentenced to 66 months incarceration. Ray was arrested after arranging to sell five pounds of methamphetamine and three ounces of heroin to undercover officers. *PSR*, Dkt. 62. When Ray was arrested, she was in possession of 2,213 grams of methamphetamine and 82 grams of heroin. During a post arrest interview, Ray told

MEMORANDUM DECISION AND ORDER - 1

investigators that the drugs were hers and that she had been selling drugs her whole life. Despite this, Ray has a limited criminal history. At her sentencing, the Court determined she was eligible for the "safety valve" in 18 U.S.C. § 3553(f) and the Court sentenced her below the mandatory minimum sentece.

Ray was placed on pretrial and presentencing release and performed well. Dkt. 62.

Ray has served approximately 16 months of her sentence. Her projected release date is April 28, 2024. Ray is currently incarcerated at FCI Greenville, which has no inmates and 14 staff with active COVID-19 infections.[1] https://www.bop.gov/coronavirus/ (last accessed March 9, 2021).

Ray is 36 years old and suffers from a variety of medical conditions, including seizures, obesity, high blood pressure, and asthma, which put her at greater risk of severe complications from COVID-19. Ray contracted COVID on November 10, 2020 and has since recovered. Dkt. 86 at 7.

## LEGAL STANDARD

Ray seeks compassionate release under 18 U.S.C. 3582(c)(1)(A). To grant compassionate release, a district court must, as a threshold matter, determine

---

[1] At the time of the Government's response, FCI Greenville had 166 inmates and 14 staff with active COVID infections. Dkt. 85 at 10.

**MEMORANDUM DECISION AND ORDER - 2**

whether a defendant has exhausted his or her administrative remedies. *Id*. If the exhaustion requirement is met, the court must consider the 18 U.S.C. § 3553(a) factors. *Id.* Then the Court may grant compassionate release only if the defendant shows that "extraordinary and compelling reasons warrant such a reduction." and the reduction is "consistent with applicable policy statements" issued by the U.S. Sentencing Commission. *Id*.; *United States v. Rodriguez*, 424 F. Supp. 3d 674, 680 (N.D. Cal. 2019). The defendant bears the burden of establishing that extraordinary and compelling reasons exist to justify compassionate release. *See United States v. Greenhut,* 2020 WL 509385, at *1 (C.D. Cal. Jan. 31, 2020) (citing *United States v. Sprague*, 135 F.3d 1301, 1306-07 (9th Cir. 1998)).

## ANALYSIS

Ray requested compassionate release from the Warden of her facility, which was denied on August 20, 2020. Therefore, her motion is ripe for consideration.

The § 3553(a) factors do not warrant a reduction of Ray's sentence. Ray has served only 16 months of her sentence. Ray sold undercover officers almost five pounds of meth and admitted that she had sold drugs her whole life. The Court has considered Ray's post-sentence conduct and medical history and finds that it does not significantly alter the § 3553(a) analysis.

Ray's health conditions may constitute extraordinary and compelling

circumstances, but they do not outweigh the § 3553(a) analysis. Further, Ray contracted COVID and recovered. The number of cases at FCI Greenville has dropped significantly since Ray filed her motion, and there are currently no inmates with active COVID infections. Finally, BOP is actively distributing vaccines.

## ORDER

**IT IS ORDERED** that Heather Ray's Motion for Reduction of Sentence under 18 U.S.C. 3582(c) (Compassionate Release) (Dkt. 80) is DENIED.

DATED: March 10, 2021

_____
B. Lynn Winmill
U.S. District Court Judge

MEMORANDUM DECISION AND ORDER - 4